# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

BERNARD D. WILSON,

    Plaintiff,

v.                                      Case No. 5:24-cv-145-TKW-MJF

JOSEPH BASFORD,

    Defendant.
_____/

## ORDER

On July 16, 2024, the undersigned granted Plaintiff's motion for leave to proceed *in forma pauperis*, and assessed an initial partial filing of $10.50 to be paid by August 15, 2024. Doc. 3. The initial partial filing fee was based on the average monthly deposits to Plaintiff's inmate account for the 6-month period preceding the filing of his complaint.

Plaintiff has filed a motion for a 60-day extension of time to pay the initial partial filing fee. Doc. 4. In support, Plaintiff alleges that he submitted a Special Withdrawal request for $10.50; however, "this institution has failed to provide the proper form and therefore plaintiff has initiated the grievance process." *Id*. at 1. Plaintiff seeks a 60-day extension "to exhaust his administrative remedies." *Id*.

The undersigned will not delay this case to allow Plaintiff to "exhaust his administrative remedies," because that will not discharge Plaintiff's obligation to pay the initial partial filing fee. The undersigned will, however, grant Plaintiff more time to pay the initial partial filing fee.

Accordingly it is **ORDERED**:

1. Plaintiff's motion for extension of time, Doc. 4, is:

    a. **GRANTED** to the extent that Plaintiff's deadline to pay the initial partial filing fee is **EXTENDED** to **SEPTEMBER 16, 2024**; and

    b. **DENIED** in all other respects.

2. On or before **AUGUST 30, 2024**, Plaintiff must submit another Special Withdrawal request on the appropriate form (DC2-304) to the appropriate prison official for payment of the $10.50 initial partial filing fee.

3. On or before **SEPTEMBER 16, 2024**, Plaintiff must:

    a. pay the $10.50 initial partial filing fee; **OR**

    b. file with this court the following:

    (i) copies of all Special Withdrawal requests Plaintiff has submitted for payment of the initial partial filing fee, including the date Plaintiff submitted the form and to whom;

    (ii) any response(s) Plaintiff has received to his Special Withdrawal requests; **AND**

    (iii) a copy of Plaintiff's inmate trust account statement for the period June 21, 2024 – August 21, 2024.

  4. Plaintiff's failure to comply with this order likely will result in this case being dismissed for Plaintiff's failure to prosecute, failure to pay the filing fee, and failure to comply with court orders.

  **SO ORDERED** this 21st day of August, 2024.

          /s/ *Michael J. Frank*
          **Michael J. Frank**
          **United States Magistrate Judge**